# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

In re:  §
 §
REM, INC.,  §  Case No. 14-41400
 §
          Debtor(s)  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/17/2014 . The undersigned trustee was appointed on 11/17/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $     91,129.24

   Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 7,028.40 |
| Bank service fees | 500.11 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 83,600.73 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/14/2015 and the deadline for filing governmental claims was 05/18/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 7,806.46 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 7,806.46 , for a total compensation of $ 7,806.46 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/31/2015                By:/s/Robert B. Katz, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 14-41400 | JSB | Judge: JANET S. BAER | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | REM, INC., | | | Date Filed (f) or Converted (c): | 11/17/14 (f) |
| | | | | 341(a) Meeting Date: | 01/08/15 |
| For Period Ending: | 07/24/15 | | | Claims Bar Date: | 04/14/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK | 25,153.68 | 0.00 | | 0.00 | FA |
| 2. UNPAID ACCOUNTS RECEIVABLES | 521,137.41 | 75,000.00 | | 48,544.24 | FA |
| 3. PROPERTY & EQUIPMENT | 22,610.00 | 22,610.00 | | 42,585.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $568,901.09 | $97,610.00 | | $91,129.24 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee retained counsel and an auctioneer. Assets were sold at auction; trustee collected accounts receivable and
Trustee filed federal and state income tax returns.

Initial Projected Date of Final Report (TFR): 12/31/16      Current Projected Date of Final Report (TFR): 12/31/16

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 14-41400 -JSB | | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | REM, INC., | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7092 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0541 | | | |
| For Period Ending: | 07/24/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code / Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 12/08/14 | 2 | De Capri Design Services, LTD<br>2936 Park Pl<br>Evanston, IL 60201-1242 | ACCOUNTS RECEIVABLE | 1121-000   400.00 | | 400.00 |
| * 12/08/14 | | De Capri Design Services, LTD<br>2936 Park Pl<br>Evanston, IL 60201 | ACCOUNTS RECEIVABLE | 1121-003   400.00 | | 800.00 |
| * 12/08/14 | | De Capri Design Services, LTD<br>2936 Park Pl<br>Evanston, IL 60201 | ACCOUNTS RECEIVABLE | 1121-003   -400.00 | | 400.00 |
| 12/08/14 | 2 | Lake Part Entertainment, LLC<br>    dba The Promontory<br>5311 S Lake Park Ave West<br>Chicago, IL 60615 | ACCOUNTS RECEIVABLE | 1121-000   1,679.63 | | 2,079.63 |
| 12/08/14 | 2 | 328 s. Jefferson Chicago, LLC<br>600 W Van Buren<br>Suite 1000<br>Chicago, IL 60607 | ACCOUNTS RECEIVABLE | 1121-000   315.00 | | 2,394.63 |
| 12/08/14 | 2 | Midwest Aikido Center<br>4349 N. Daemen<br>Chicago, IL 60618 | ACCOUNTS RECEIVABLE | 1121-000   1,037.70 | | 3,432.33 |
| 12/08/14 | 2 | Citibank Delaware<br>One Penn's Way<br>New Castle, DE 19720 | ACCOUNTS RECEIVABLE | 1121-000   321.52 | | 3,753.85 |
| 12/08/14 | 2 | Waters Corporation<br>34 Maple St<br>Milford, MA 01757 | ACCOUNTS RECEIVABLE | 1121-000   520.00 | | 4,273.85 |
| 12/18/14 | 2 | National Reprographics Inc<br>44 West 18th St<br>New York, NY 10011 | ACCOUNTS RECEIVABLE | 1121-000   455.00 | | 4,728.85 |

Page Subtotals        4,728.85        0.00

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-41400 -JSB | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | REM, INC., | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7092 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0541 | | |
| For Period Ending: | 07/24/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/18/14 | 2 | The Ingalls Memorial Hospital<br>One Ingalls Dr<br>Harvey, IL 60426 | ACCOUNTS RECEIVABLE | 1121-000 | 1,003.24 | | 5,732.09 |
| 12/18/14 | 2 | 328 S. Jefferson Chicago, LLC<br>600 W. Van Buren<br>Suite 1000<br>Chicago, IL 60607 | ACCOUNTS RECEIVABLE | 1121-000 | 750.86 | | 6,482.95 |
| 12/18/14 | 2 | Asclose Inc<br>DBA Schoolyard Tavern & Grill<br>3258 N. Sothport<br>Chicago, IL 60657 | ACCOUNTS RECEIVABLE | 1121-000 | 315.00 | | 6,797.95 |
| 12/18/14 | 2 | Shef at Oak, INC.<br>DVA Kirkwood BAr & Grill<br>2934 N. Sheffield Ave<br>Chicago, IL 60657 | | 1121-000 | 610.50 | | 7,408.45 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,398.45 |
| 01/19/15 | 2 | Swatch Group U.S.<br>1200 Harbor Blvd<br>Weehawken, NJ 07086 | ACCOUNTS RECEIVABLE | 1121-000 | 315.00 | | 7,713.45 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.18 | 7,702.27 |
| 02/10/15 | 010001 | Arthur B. Levine Company | Bond<br>Blanket Bond Disbursement | 2300-000 | | 4.45 | 7,697.82 |
| 02/23/15 | 2 | Associates in Sleep Medicine, LLC<br>10640 165 St.<br>Orland Park, IL 60467 | ACCOUNTS RECEIVABLE | 1121-000 | 800.00 | | 8,497.82 |
| 02/23/15 | 2 | L.J. Sheridan & Co<br>Nancy Applegate<br>For Garland Office Condominium Assoc.<br>111 N. Wabash, Unit 910<br>Chicago, IL 60602 | ACCOUNTS RECEIVABLE | 1121-000 | 1,000.00 | | 9,497.82 |

Page Subtotals 4,794.60 25.63

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| | |
|---|---|
| Case No: 14-41400 -JSB | Trustee Name: Robert B. Katz, Trustee |
| Case Name: REM, INC., | Bank Name: ASSOCIATED BANK |
| | Account Number / CD #: *******7092 Checking Account (Non-Interest Earn |
| Taxpayer ID No: *******0541 | |
| For Period Ending: 07/24/15 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/23/15 | 2 | L.J. Sheridan & Co<br>Nancy Applegate<br>For Garland Office Condominium Assoc.<br>111 N. Wabash, Unit 910<br>Chicago, IL 60602 | ACCOUNTS RECEIVABLE | 1121-000 | 491.00 | | 9,988.82 |
| 02/23/15 | 2 | Dr. Jean Jacobi<br>55 E. Washington, # 2600<br>Chicago, IL 60602 | ACCOUNTS RECEIVABLE | 1121-000 | 243.75 | | 10,232.57 |
| 02/26/15 | 2 | West Loop Tap, LLC<br>DBA Westend Bar & Grill<br>1326 W. Madison St<br>chicago, IL 60607 | ACCOUNTS RECEIVABLE | 1121-000 | 1,033.97 | | 11,266.54 |
| 03/05/15 | 2 | W.J. O'Neil Chicago, LLC<br>224 N. Justine St.<br>Chicago, IL 60607 | ACCOUNTS RECEIVABLE | 1121-000 | 24,984.07 | | 36,250.61 |
| 03/05/15 | 2 | Rosewood Construction Group<br>1300 Howard St<br>Elk Grove Village, IL 60007 | ACCOUNTS RECEIVABLE | 1121-000 | 2,125.00 | | 38,375.61 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.10 | 38,364.51 |
| 03/13/15 | 3 | American Auction Associates, Inc<br>508 W. Brittany Dr.<br>Arlington Heights, Illinois 60004 | PROCEEDS FROM AUCTION OF GOODS | 1129-000 | 42,585.00 | | 80,949.51 |
| 03/24/15 | 2 | Industria Paschen Group JV<br>5515 N. East River Rd.<br>Chicago, IL 60656<br>773-444-3474 | ACCOUNTS RECEIVABLE | 1121-000 | 10,143.00 | | 91,092.51 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 94.51 | 90,998.00 |
| 04/17/15 | 010002 | American Auction Associates<br>460 Irmen Dr.<br>Addison, IL 60101 | Auctioneer expenses for REM, Inc. 14-41400 | 3620-000 | | 7,023.95 | 83,974.05 |

Page Subtotals  81,605.79  7,129.56

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*
LFORM24
Ver: 18.05

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 14-41400 -JSB | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | REM, INC., | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7092 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0541 | | |
| For Period Ending: | 07/24/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 128.22 | 83,845.83 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 124.66 | 83,721.17 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 120.44 | 83,600.73 |

|  | | |
|---|---|---|
| COLUMN TOTALS | 91,129.24 | 7,528.51 | 83,600.73 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 91,129.24 | 7,528.51 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 91,129.24 | 7,528.51 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********7092 | 91,129.24 | 7,528.51 | 83,600.73 |
| | 91,129.24 | 7,528.51 | 83,600.73 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/   Robert B. Katz, Trustee   Date: 08/31/15
ROBERT B. KATZ, TRUSTEE

Page Subtotals     0.00     373.32

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM24

Ver: 18.05

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 31, 2015 |
|---|---|---|---|---|---|---|

Case Number:  14-41400
Debtor Name:  REM, INC.,

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 0000012<br>001<br>3210-00 | Springer Brown, LLC<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Administrative | | $7,097.50 | $0.00 | $7,097.50 |
| 000006<br>025<br>AUE | American Auction Associates<br>460 Irmen Dr.<br>Addison, IL 60101 | Administrative | | $7,023.95 | $7,023.95 | $0.00 |
| 23<br>001<br>3420-00 | Popowcer Katten, Ltd.<br>35 East Wacker Dr.<br>Suite 1550<br>Chicago, IL 60601 | Administrative | | $2,050.00 | $0.00 | $2,050.00 |
| 24<br>001<br>3410-00 | Popowcer Katten, Ltd.<br>35 East Wacker Dr.<br>Suite 1550<br>Chicago, IL 60601 | Administrative | | $6.17 | $0.00 | $6.17 |
| 25<br>025<br>TF | Robert B. Katz<br>Law Office of Robert B. Katz<br>53 W. Jackson Blvd.<br>Suite 1320<br>Chicago, IL 60604 | Administrative | | $7,780.46 | $0.00 | $7,780.46 |
| 000003B<br>058<br>5800-00 | Internal Revenue Service<br>Cincinnnati, OH 45999-0030 | Priority | | $623.47 | $0.00 | $623.47 |
| 000007A<br>054<br>5400-00 | Sheet Metal Workers' National Pension Fund<br>Marc Rifkind, Esq.<br>Slevin & Hart, P.C.<br>1625 Massachusetts Avenue NW<br>Suite 450<br>Washington, DC 20036 | Priority | | $11,872.91 | $0.00 | $11,872.91 |
| 000008A<br>054<br>5400-00 | Sheet Metal Workers<br>c/o Mr. Frank Marco<br>Gregorio & Associates<br>2 N. LaSalle St., Suite 1650<br>Chicago, IL 60602 | Priority | | $119,404.16 | $0.00 | $119,404.16 |
| 000003A<br>050<br>4700-07 | Internal Revenue Service<br>Cincinnnati, OH 45999-0030 | Secured | | $77,944.49 | $0.00 | $77,944.49 |
| 000001<br>070<br>7100-00 | W W GRAINGER INC<br>ATTN: SPECIAL COLLECTIONS DEPT<br>MES815206552<br>7300 N MELVINA | Unsecured | | $3,514.05 | $0.00 | $3,514.05 |

| Page 2 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 31, 2015 |

Case Number: 14-41400  
Debtor Name: REM, INC.,

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | NILES, IL 60714 | | | | | |
| 000002<br>070<br>7100-00 | Gatwood Crane Service, Inc.<br>2345 East Hamilton Road<br>Arlington Heights, IL 60005 | Unsecured | | $23,600.00 | $0.00 | $23,600.00 |
| 000003C<br>070<br>7100-00 | Internal Revenue Service<br>Cincinnati, OH 45999-0030 | Unsecured | | $504.15 | $0.00 | $504.15 |
| 000004<br>070<br>7100-00 | Superior One Electric, Inc.<br>1212 Gardner Road<br>Westchester, IL 60154 | Unsecured | | $2,050.00 | $0.00 | $2,050.00 |
| 000005<br>070<br>7100-00 | Albany Steel & Brass Corp.<br>1900 W. Grand Ave.<br>Chicago, IL 60622 | Unsecured | | $13,193.98 | $0.00 | $13,193.98 |
| 000007B<br>070<br>7100-00 | Sheet Metal Workers' National Pension Fund<br>Marc Rifkind, Esq.<br>Slevin & Hart, P.C.<br>1625 Massachusetts Avenue NW<br>Suite 450<br>Washington, DC 20036 | Unsecured | | $1,283.06 | $0.00 | $1,283.06 |
| 000008B<br>070<br>7100-00 | Sheet Metal Local No. 73 Pen, Welf & Ann<br>c/o Mr. Frank Marco<br>Gregorio & Associates<br>2 N LaSalle Street<br>Suite 1650<br>Chicago, IL 60602 | Unsecured | | $40,557.88 | $0.00 | $40,557.88 |
| 000009<br>070<br>7100-00 | MC Mechanical Contractors, Inc.<br>15774 South La Grange Road-Suite 245<br>Orland Park, Illinois 60462 | Unsecured | | $237,155.89 | $0.00 | $237,155.89 |
| 000010<br>070<br>7100-00 | Temperature Equipment Corp.<br>c/o Kohner, Mann & Kailas, S.C.<br>4650 North Port Washington Road<br>Milwaukee, WI 53212 | Unsecured | | $92,671.61 | $0.00 | $92,671.61 |
| 000011<br>070<br>7100-00 | Synergy Construction Group LLC<br>2037 West Carroll Street<br>Chicago, IL 60610 | Unsecured | | $99,206.31 | $0.00 | $99,206.31 |
| 00006<br>070<br>7100-00 | Stephen T. Ang, MD<br>c/o Pro Com Services of Illinois, Inc.<br>PO Box 202<br>Springfield, IL 62705 | Unsecured | | $201.45 | $0.00 | $201.45 |

| Page 3 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 31, 2015 |
|---|---|---|---|---|---|---|
| Case Number: | 14-41400 | Claim Class Sequence | | | | |
| Debtor Name: | REM, INC., | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $747,741.49 | $7,023.95 | $740,717.54 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-41400
Case Name: REM, INC.,
Trustee Name: Robert B. Katz, Trustee

Balance on hand     $ 83,600.73

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003A | Internal Revenue Service | $ 77,944.49 | $ 77,944.49 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors     $ 0.00

Remaining Balance     $ 83,600.73

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz, Trustee | $ 7,780.46 | $ 0.00 | $ 7,780.46 |
| Attorney for Trustee Fees: Springer Brown, LLC | $ 7,097.50 | $ 0.00 | $ 7,097.50 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ 2,050.00 | $ 0.00 | $ 2,050.00 |
| Auctioneer Expenses: American Auction Associates | $ 7,023.95 | $ 7,023.95 | $ 0.00 |
| Other: Popowcer Katten, Ltd. | $ 6.17 | $ 0.00 | $ 6.17 |

Total to be paid for chapter 7 administrative expenses     $ 16,934.13

Remaining Balance     $ 66,666.60

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 131,900.54  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003B | Internal Revenue Service | $ 623.47 | $ 0.00 | $ 0.00 |
| 000007A | Sheet Metal Workers' National Pension | $ 11,872.91 | $ 0.00 | $ 6,029.43 |
| 000008A | Sheet Metal Workers | $ 119,404.16 | $ 0.00 | $ 60,637.17 |

Total to be paid to priority creditors         $ 66,666.60

Remaining Balance                              $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 513,938.38  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | W W GRAINGER INC | $ 3,514.05 | $ 0.00 | $ 0.00 |
| 000002 | Gatwood Crane Service, Inc. | $ 23,600.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Superior One Electric, Inc. | $ 2,050.00 | $ 0.00 | $ 0.00 |
| 000005 | Albany Steel & Brass Corp. | $ 13,193.98 | $ 0.00 | $ 0.00 |
| 000007B | Sheet Metal Workers' National Pension | $ 1,283.06 | $ 0.00 | $ 0.00 |
| 000009 | MC Mechanical Contractors, Inc. | $ 237,155.89 | $ 0.00 | $ 0.00 |
| 000010 | Temperature Equipment Corp. | $ 92,671.61 | $ 0.00 | $ 0.00 |
| 000011 | Synergy Construction Group LLC | $ 99,206.31 | $ 0.00 | $ 0.00 |
| 000003C | Internal Revenue Service | $ 504.15 | $ 0.00 | $ 0.00 |
| 00006 | Stephen T. Ang, MD | $ 201.45 | $ 0.00 | $ 0.00 |
| 000008B | Sheet Metal Local No. 73 Pen, Welf & Ann | $ 40,557.88 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors       $                0.00

Remaining Balance                                            $                0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE