UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:                                §
                                      §
REM, INC.,                            §        Case No. 14-41400
                                      §
          Debtor(s)                   §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert B. Katz, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    U.S. Bankruptcy Court
    Dirksen Federal Building
    219 S. Dearborn St.
    Room 713
    Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 10/06/2015 in Courtroom 615,
    219 S. Dearborn St.
    Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/31/2015    By: Robert B. Katz


*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
REM, INC., § Case No. 14-41400
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 91,129.24 |
| and approved disbursements of | $ 7,528.51 |
| leaving a balance on hand of[1] | $ 83,600.73 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003A | Internal Revenue Service | $ 77,944.49 | $ 77,944.49 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 83,600.73 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz, Trustee | $ 7,780.46 | $ 0.00 | $ 7,780.46 |
| Attorney for Trustee Fees: Springer Brown, LLC | $ 7,097.50 | $ 0.00 | $ 7,097.50 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ 2,050.00 | $ 0.00 | $ 2,050.00 |
| Auctioneer Expenses: American Auction Associates | $ 7,023.95 | $ 7,023.95 | $ 0.00 |
| Other: Popowcer Katten, Ltd. | $ 6.17 | $ 0.00 | $ 6.17 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 16,934.13 |
| Remaining Balance | $ | 66,666.60 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 132,524.01 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003B | Internal Revenue Service | $ 623.47 | $ 0.00 | $ 0.00 |
| 000007A | Sheet Metal Workers' National Pension | $ 11,872.91 | $ 0.00 | $ 6,029.43 |
| 000008A | Sheet Metal Workers | $ 119,404.16 | $ 0.00 | $ 60,637.17 |
| 000003C | Internal Revenue Service | $ 623.47 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 66,666.60 |
| Remaining Balance | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 513,232.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | W W GRAINGER INC | $ 3,514.05 | $ 0.00 | $ 0.00 |
| 000002 | Gatwood Crane Service, Inc. | $ 23,600.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Superior One Electric, Inc. | $ 2,050.00 | $ 0.00 | $ 0.00 |
| 000005 | Albany Steel & Brass Corp. | $ 13,193.98 | $ 0.00 | $ 0.00 |
| 000007B | Sheet Metal Workers' National Pension | $ 1,283.06 | $ 0.00 | $ 0.00 |
| 000009 | MC Mechanical Contractors, Inc. | $ 237,155.89 | $ 0.00 | $ 0.00 |
| 000010 | Temperature Equipment Corp. | $ 92,671.61 | $ 0.00 | $ 0.00 |
| 000011 | Synergy Construction Group LLC | $ 99,206.31 | $ 0.00 | $ 0.00 |
| 00006 | Stephen T. Ang, MD | $ 0.00 | $ 0.00 | $ 0.00 |
| 000008B | Sheet Metal Local No. 73 Pen, Welf & Ann | $ 40,557.88 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $    0.00

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Robert B. Katz

*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 14-41400-JSB
REM, Inc.                                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: esullivan          Page 1 of 2          Date Rcvd: Sep 01, 2015
                              Form ID: pdf006          Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2015.
```
db              +REM, Inc.,    8156 Forest Preserve Drive,    Chicago, IL 60634-2908
22638373         Advanta,    P.O. Box 8088,    Philadelphia, PA  19191-8088
22638374        +Aero Testing & Balancing Systems,    11100 Belmont Avenue,    Franklin Park, IL 60131-1427
22638375        +Air Products Equipment Company,    1555 Louis Avenue,    Elk Grove Village, IL 60007-2313
22946960        +Albany Steel & Brass Corp.,    1900 W. Grand Ave.,    Chicago, IL 60622-6286
22638376         Albany Steel & Brass Corporation,    6784 Eagle Way,    Chicago, IL  60678-1678
22638377        +Alliance Concrete Sawing & Drilling,    570 Rock Raod Drive,   Unit N,
                  East Dundee, IL 60118-2448
22638378        +American Family Insurance,    6000 American Parkway,    Madison, WI 53783-0002
22638379        +American Insulation, Inc. WBE,    6N181 Cloverdale Road,    Roselle, IL 60172-3224
22638380         Capital One Bank,    P.O. Box 30285,    Salt Lake City, UT  84130-0285
22638381        +Cleats Manufacturing Company,    1855 South Kilbourn Avenue,    Chicago, IL 60623-2307
22638382        +ECL Engineering Consultants,    20 North Wacker Drive,    Suite # 1910,   Chicago, IL 60606-3001
22638383        +Fab-Rite,    74 Bradrock Drive,    Des Plaines, IL 60018-1938
22638387        +Lelund Enterprises, Inc.,    1040 North Main Street,    Lombard, IL 60148-1361
23139148        +MC Mechanical Contractors, Inc.,    15774 South La Grange Road-Suite 245,
                  Orland Park, Illinois 60462-4766
23058510        +Marc Rifkind, Esq.,    Slevin & Hart, P.C.,    1625 Massachusetts Avenue NW,   Suite 450,
                  Washington, DC 20036-2228
22638388        +Mechanical Test & Balance, Inc.,    P.O. Box 1157,    Crown Point, IN 46308-1157
22638389         NES Rentals,    P.O. Box 8500-1226,    Philadelphia, PA  19178-1226
22638390         NexTraq,    Box AT 952204,    Atlanta, GA  31192-2204
22638391        +Sheet Metal Werks,    455 East Algonquin Road,    Arlington Heights, IL 60005-4620
22638392        +Sheet Metal Workers,    c/o Mr. Frank Marco,    Gregorio & Associates,
                  2 N. LaSalle St., Suite 1650,    Chicago, IL 60602-4035
23058511        +Sheet Metal Workers' National Pension Fund,    Marc Rifkind, Esq.,   Slevin & Hart, P.C.,
                  1625 Massachusetts Avenue NW,    Suite 450,    Washington, DC 20036-2228
22638393         Shell Fleet,    P.O. Box 183019,    Columbus, OH  43218-3019
22996063        +Stephen T. Ang, MD,    c/o Pro Com Services of Illinois, Inc.,   PO Box 202,
                  Springfield, IL 62705-0202
22638394        +Superior One Electric, Inc.,    1212 Gardner Road,    Westchester, IL 60154-3716
23175754        +Synergy Construction Group LLC,    2037 West Carroll Street,    Chicago, IL 60612-1601
22638395        +T.B.I., Inc.,    950 North Oak Lawn Avenue,    Elmhurst, IL 60126-1015
22638396         TEC - Excelsior,    Lockbox # 774503,    4503 Solutions Center,   Chicago, IL  60677-4005
23154932        +Temperature Equipment Corp.,    c/o Kohner, Mann & Kailas, S.C.,
                  4650 North Port Washington Road,    Milwaukee, WI 53212-1077
22638397        +The Structural Shop,    9601 River Street,    Schiller Park, IL 60176-1049
22638372         Two Pillars Law LLC,    Two Prudential Plaza 180 N Stetson #3500,   Chicago, IL  60601-7810
22638398         York International,    P.O. Box 905578,    Charlotte, NC  28290-5578
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22638385         E-mail/Text: scd_bankruptcynotices@grainger.com Sep 02 2015 00:49:01     GRAINGER,
                  Department 815206552,    Palatine, IL  60038-0001
22638384        +E-mail/Text: pamc@gatwoodcrane.com Sep 02 2015 00:49:06      Gatwood Crane Service, Inc.,
                  2345 East Hamilton Road,    Arlington Heights, IL 60005-4806
22638386         E-mail/Text: cio.bncmail@irs.gov Sep 02 2015 00:48:51      Internal Revenue Service,
                  Cincinnnati, OH  45999-0030
22736121        +E-mail/Text: scd_bankruptcynotices@grainger.com Sep 02 2015 00:49:01     W W GRAINGER INC,
                  ATTN: SPECIAL COLLECTIONS DEPT,    MES815206552,   7300 N MELVINA,   NILES, IL 60714-3906
                                                                                               TOTAL: 4
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty              Springer Brown, LLC
22638371*       +REM Inc,    8156 Forest Preserve Drive,    Chicago, IL 60634-2908
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2015                          Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: esullivan              Page 2 of 2                   Date Rcvd: Sep 01, 2015
                              Form ID: pdf006              Total Noticed: 36
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2015 at the address(es) listed below:
              David  Brown, ESQ   on behalf of Debtor    REM, Inc. dbrown@springerbrown.com,
               jkrafcisin@springerbrown.com
              David  Brown, ESQ   on behalf of Trustee Robert B Katz, ESQ dbrown@springerbrown.com,
               jkrafcisin@springerbrown.com
              Joseph R Brehm    on behalf of Debtor    REM, Inc. JBrehm@TwoPillarsLaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert B Katz, ESQ   on behalf of Accountant Lois  West rkatztrustee@gmail.com,
               rkatz@ecf.epiqsystems.com
              Robert B Katz, ESQ   rkatztrustee@gmail.com,  rkatz@ecf.epiqsystems.com
                                                                                        TOTAL: 6
```