UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
REM, INC., § Case No. 14-41400
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robert B. Katz, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 25,153.68 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 66,666.60 | Claims Discharged Without Payment: 1,415,425.07 |
| Total Expenses of Administration: 24,462.64 | |

3) Total gross receipts of $ 91,129.24  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 91,129.24  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 77,944.49 | $ 77,944.49 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 24,462.64 | 24,462.64 | 24,462.64 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 115,633.01 | 131,900.54 | 131,900.54 | 66,666.60 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 720,619.74 | 513,938.38 | 513,938.38 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 836,252.75 | $ 748,246.05 | $ 748,246.05 | $ 91,129.24 |

4) This case was originally filed under chapter 7 on 11/17/2014 . The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/08/2015            By:/s/Robert B. Katz, Trustee
                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| UNPAID ACCOUNTS RECEIVABLES | 1121-000 | 48,544.24 |
| PROPERTY & EQUIPMENT | 1129-000 | 42,585.00 |
| **TOTAL GROSS RECEIPTS** | | **$91,129.24** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003A | INTERNAL REVENUE SERVICE | 4700-000 | NA | 77,944.49 | 77,944.49 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 77,944.49** | **$ 77,944.49** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT B. KATZ | 2100-000 | NA | 7,780.46 | 7,780.46 | 7,780.46 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 4.45 | 4.45 | 4.45 |
| ASSOCIATED BANK | 2600-000 | NA | 500.11 | 500.11 | 500.11 |
| SPRINGER BROWN, LLC | 3210-000 | NA | 7,097.50 | 7,097.50 | 7,097.50 |
| POPOWCER KATTEN, LTD. | 3410-000 | NA | 2,050.00 | 2,050.00 | 2,050.00 |
| POPOWCER KATTEN, LTD. | 3420-000 | NA | 6.17 | 6.17 | 6.17 |
| AMERICAN AUCTION ASSOCIATES | 3620-000 | NA | 7,023.95 | 7,023.95 | 7,023.95 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 24,462.64 | $ 24,462.64 | $ 24,462.64 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Cincinnnati, OH  45999-0030 | | 0.00 | NA | NA | 0.00 |
| | Sheet Metal Workers Local Union No. 73 4530 Roosevelt Road Hillside, IL  60162 | | 115,633.01 | NA | NA | 0.00 |
| 000008A | SHEET METAL WORKERS | 5400-000 | NA | 119,404.16 | 119,404.16 | 60,637.17 |
| 000007A | SHEET METAL WORKERS' NATIONAL PENS | 5400-000 | NA | 11,872.91 | 11,872.91 | 6,029.43 |
| 000003B | INTERNAL REVENUE SERVICE | 5800-000 | NA | 623.47 | 623.47 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 115,633.01 | $ 131,900.54 | $ 131,900.54 | $ 66,666.60 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanta P.O. Box 8088 Philadelphia, PA  19191-8088 | | 0.00 | NA | NA | 0.00 |
| | Aero Testing & Balancing Systems 11100 Belmont Avenue Franklin Park, IL  60131 | | 5,250.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Air Products Equipment Company 1555 Louis Avenue Elk Grove Village, IL 60007 | | 9,468.50 | NA | NA | 0.00 |
| | Albany Steel & Brass Corporation 6784 Eagle Way Chicago, IL 60678-1678 | | 12,581.11 | NA | NA | 0.00 |
| | Alliance Concrete Sawing & Drilling 570 Rock Raod Drive Unit N East Dundee, IL 60118 | | 2,690.00 | NA | NA | 0.00 |
| | American Family Insurance 6000 American Parkway Madison, WI 53783 | | 0.00 | NA | NA | 0.00 |
| | American Insulation, Inc. WBE 6N181 Cloverdale Road Roselle, IL 60172 | | 3,893.00 | NA | NA | 0.00 |
| | Capital One Bank P.O. Box 30285 Salt Lake City, UT 84130-0285 | | 20,107.59 | NA | NA | 0.00 |
| | Cleats Manufacturing Company 1855 South Kilbourn Avenue Chicago, IL 60623 | | 9,558.05 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ECL Engineering Consultants 20 North Wacker Drive Suite # 1910 Chicago, IL 60606 | | 2,085.00 | NA | NA | 0.00 |
| | Fab-Rite 74 Bradrock Drive Des Plaines, IL 60018 | | 35,910.84 | NA | NA | 0.00 |
| | GRAINGER Department 815206552 Palatine, IL 60038-0001 | | 4,655.59 | NA | NA | 0.00 |
| | Gatwood Crane Service, Inc. 2345 East Hamilton Road Arlington Heights, IL 60005 | | 23,600.00 | NA | NA | 0.00 |
| | Lelund Enterprises, Inc. 1040 North Main Street Lombard, IL 60148 | | 124,287.51 | NA | NA | 0.00 |
| | Mechanical Test & Balance, Inc. P.O. Box 1157 Crown Point, IN 46308 | | 53,785.00 | NA | NA | 0.00 |
| | NES Rentals P.O. Box 8500-1226 Philadelphia, PA 19178-1226 | | 3,254.80 | NA | NA | 0.00 |
| | NexTraq Box AT 952204 Atlanta, GA 31192-2204 | | 135.80 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sheet Metal Werks 455 East Algonquin Road Arlington Heights, IL  60005 | | 108,479.91 | NA | NA | 0.00 |
| | Shell Fleet P.O. Box 183019 Columbus, OH  43218-3019 | | 2,891.27 | NA | NA | 0.00 |
| | Superior One Electric, Inc. 1212 Gardner Road Westchester, IL  60154 | | 2,050.00 | NA | NA | 0.00 |
| | T.B.I., Inc. 950 North Oak Lawn Avenue Elmhurst, IL 60126 | | 11,575.62 | NA | NA | 0.00 |
| | TEC - Excelsior Lockbox # 774503 4503 Solutions Center Chicago, IL  60677-4005 | | 247,937.64 | NA | NA | 0.00 |
| | The Structural Shop 9601 River Street Schiller Park, IL 60176 | | 2,760.00 | NA | NA | 0.00 |
| | York International P.O. Box 905578 Charlotte, NC  28290-5578 | | 33,662.51 | NA | NA | 0.00 |
| 000005 | ALBANY STEEL & BRASS CORP. | 7100-000 | NA | 13,193.98 | 13,193.98 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | GATWOOD CRANE SERVICE, INC. | 7100-000 | NA | 23,600.00 | 23,600.00 | 0.00 |
| 000003C | INTERNAL REVENUE SERVICE | 7100-000 | NA | 504.15 | 504.15 | 0.00 |
| 000009 | MC MECHANICAL CONTRACTORS, INC. | 7100-000 | NA | 237,155.89 | 237,155.89 | 0.00 |
| 000008B | SHEET METAL LOCAL NO. 73 PEN, WELF | 7100-000 | NA | 40,557.88 | 40,557.88 | 0.00 |
| 000007B | SHEET METAL WORKERS' NATIONAL PENS | 7100-000 | NA | 1,283.06 | 1,283.06 | 0.00 |
| 00006 | STEPHEN T. ANG, MD | 7100-000 | NA | 201.45 | 201.45 | 0.00 |
| 000004 | SUPERIOR ONE ELECTRIC, INC. | 7100-000 | NA | 2,050.00 | 2,050.00 | 0.00 |
| 000011 | SYNERGY CONSTRUCTION GROUP LLC | 7100-000 | NA | 99,206.31 | 99,206.31 | 0.00 |
| 000010 | TEMPERATURE EQUIPMENT CORP. | 7100-000 | NA | 92,671.61 | 92,671.61 | 0.00 |
| 000001 | W W GRAINGER INC | 7100-000 | NA | 3,514.05 | 3,514.05 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 720,619.74 | $ 513,938.38 | $ 513,938.38 | $ 0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit 8

| Case No: | 14-41400 | JSB | Judge: JANET S. BAER | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | REM, INC., | | | Date Filed (f) or Converted (c): | 11/17/14 (f) |
| | | | | 341(a) Meeting Date: | 01/08/15 |
| For Period Ending: | 11/24/15 | | | Claims Bar Date: | 04/14/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK | 25,153.68 | 0.00 | | 0.00 | FA |
| 2. UNPAID ACCOUNTS RECEIVABLES | 521,137.41 | 75,000.00 | | 48,544.24 | FA |
| 3. PROPERTY & EQUIPMENT | 22,610.00 | 22,610.00 | | 42,585.00 | FA |

TOTALS (Excluding Unknown Values)     $568,901.09     $97,610.00     $91,129.24     Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee retained counsel and an auctioneer. Assets were sold at auction; trustee collected accounts receivable and
Trustee filed federal and state income tax returns.

Initial Projected Date of Final Report (TFR): 12/31/16     Current Projected Date of Final Report (TFR): 12/31/16

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-41400 -JSB | | Trustee Name: | Robert B. Katz, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | REM, INC., | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7092 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0541 | | | |
| For Period Ending: | 11/24/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/08/14 | 2 | De Capri Design Services, LTD<br>2936 Park Pl<br>Evanston, IL 60201-1242 | ACCOUNTS RECEIVABLE | 1121-000 | 400.00 | | 400.00 |
| * 12/08/14 | | De Capri Design Services, LTD<br>2936 Park Pl<br>Evanston, IL 60201 | ACCOUNTS RECEIVABLE | 1121-003 | 400.00 | | 800.00 |
| * 12/08/14 | | De Capri Design Services, LTD<br>2936 Park Pl<br>Evanston, IL 60201 | ACCOUNTS RECEIVABLE | 1121-003 | -400.00 | | 400.00 |
| 12/08/14 | 2 | Lake Part Entertainment, LLC<br>   dba The Promontory<br>5311 S Lake Park Ave West<br>Chicago, IL 60615 | ACCOUNTS RECEIVABLE | 1121-000 | 1,679.63 | | 2,079.63 |
| 12/08/14 | 2 | 328 s. Jefferson Chicago, LLC<br>600 W Van Buren<br>Suite 1000<br>Chicago, IL 60607 | ACCOUNTS RECEIVABLE | 1121-000 | 315.00 | | 2,394.63 |
| 12/08/14 | 2 | Midwest Aikido Center<br>4349 N. Daemen<br>Chicago, IL 60618 | ACCOUNTS RECEIVABLE | 1121-000 | 1,037.70 | | 3,432.33 |
| 12/08/14 | 2 | Citibank Delaware<br>One Penn's Way<br>New Castle, DE 19720 | ACCOUNTS RECEIVABLE | 1121-000 | 321.52 | | 3,753.85 |
| 12/08/14 | 2 | Waters Corporation<br>34 Maple St<br>Milford, MA 01757 | ACCOUNTS RECEIVABLE | 1121-000 | 520.00 | | 4,273.85 |
| 12/18/14 | 2 | National Reprographics Inc<br>44 West 18th St<br>New York, NY 10011 | ACCOUNTS RECEIVABLE | 1121-000 | 455.00 | | 4,728.85 |

Page Subtotals     4,728.85     0.00

Ver: 19.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-41400 -JSB | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | REM, INC., | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7092 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0541 | | |
| For Period Ending: | 11/24/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/18/14 | 2 | The Ingalls Memorial Hospital<br>One Ingalls Dr<br>Harvey, IL 60426 | ACCOUNTS RECEIVABLE | 1121-000 | 1,003.24 | | 5,732.09 |
| 12/18/14 | 2 | 328 S. Jefferson Chicago, LLC<br>600 W. Van Buren<br>Suite 1000<br>Chicago, IL 60607 | ACCOUNTS RECEIVABLE | 1121-000 | 750.86 | | 6,482.95 |
| 12/18/14 | 2 | Asclose Inc<br>DBA Schoolyard Tavern & Grill<br>3258 N. Sothport<br>Chicago, IL 60657 | ACCOUNTS RECEIVABLE | 1121-000 | 315.00 | | 6,797.95 |
| 12/18/14 | 2 | Shef at Oak, INC.<br>DVA Kirkwood BAr & Grill<br>2934 N. Sheffield Ave<br>Chicago, IL 60657 | | 1121-000 | 610.50 | | 7,408.45 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,398.45 |
| 01/19/15 | 2 | Swatch Group U.S.<br>1200 Harbor Blvd<br>Weehawken, NJ 07086 | ACCOUNTS RECEIVABLE | 1121-000 | 315.00 | | 7,713.45 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.18 | 7,702.27 |
| 02/10/15 | 010001 | Arthur B. Levine Company | Bond<br>Blanket Bond Disbursement | 2300-000 | | 4.45 | 7,697.82 |
| 02/23/15 | 2 | Associates in Sleep Medicine, LLC<br>10640 165 St.<br>Orland Park, IL 60467 | ACCOUNTS RECEIVABLE | 1121-000 | 800.00 | | 8,497.82 |
| 02/23/15 | 2 | L.J. Sheridan & Co<br>Nancy Applegate<br>For Garland Office Condominium Assoc.<br>111 N. Wabash, Unit 910<br>Chicago, IL 60602 | ACCOUNTS RECEIVABLE | 1121-000 | 1,000.00 | | 9,497.82 |
| | | | | Page Subtotals | 4,794.60 | 25.63 | |

Ver: 19.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2  
Page: 3  
Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-41400 -JSB | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | REM, INC., | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******7092 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0541 |  |  |
| For Period Ending: | 11/24/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/23/15 | 2 | L.J. Sheridan & Co<br>Nancy Applegate<br>For Garland Office Condominium Assoc.<br>111 N. Wabash, Unit 910<br>Chicago, IL 60602 | ACCOUNTS RECEIVABLE | 1121-000 | 491.00 | | 9,988.82 |
| 02/23/15 | 2 | Dr. Jean Jacobi<br>55 E. Washington, # 2600<br>Chicago, IL 60602 | ACCOUNTS RECEIVABLE | 1121-000 | 243.75 | | 10,232.57 |
| 02/26/15 | 2 | West Loop Tap, LLC<br>DBA Westend Bar & Grill<br>1326 W. Madison St<br>chicago, IL 60607 | ACCOUNTS RECEIVABLE | 1121-000 | 1,033.97 | | 11,266.54 |
| 03/05/15 | 2 | W.J. O'Neil Chicago, LLC<br>224 N. Justine St.<br>Chicago, IL 60607 | ACCOUNTS RECEIVABLE | 1121-000 | 24,984.07 | | 36,250.61 |
| 03/05/15 | 2 | Rosewood Construction Group<br>1300 Howard St<br>Elk Grove Village, IL 60007 | ACCOUNTS RECEIVABLE | 1121-000 | 2,125.00 | | 38,375.61 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.10 | 38,364.51 |
| 03/13/15 | 3 | American Auction Associates, Inc<br>508 W. Brittany Dr.<br>Arlington Heights, Illinois 60004 | PROCEEDS FROM AUCTION OF GOODS | 1129-000 | 42,585.00 | | 80,949.51 |
| 03/24/15 | 2 | Industria Paschen Group JV<br>5515 N. East River Rd.<br>Chicago, IL 60656<br>773-444-3474 | ACCOUNTS RECEIVABLE | 1121-000 | 10,143.00 | | 91,092.51 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 94.51 | 90,998.00 |
| 04/17/15 | 010002 | American Auction Associates<br>460 Irmen Dr.<br>Addison, IL 60101 | Auctioneer expenses for REM, Inc. 14-41400 | 3620-000 | | 7,023.95 | 83,974.05 |

Page Subtotals 81,605.79 7,129.56

Ver: 19.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-41400 -JSB | | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|
| Case Name: | REM, INC., | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7092 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0541 | | | |
| For Period Ending: | 11/24/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 128.22 | 83,845.83 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 124.66 | 83,721.17 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 120.44 | 83,600.73 |
| 10/07/15 | 010003 | Springer Brown, LLC<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Claim 0000012, Payment 100.00000% | 3210-000 | | 7,097.50 | 76,503.23 |
| 10/07/15 | 010004 | Popowcer Katten, Ltd.<br>35 East Wacker Dr.<br>Suite 1550<br>Chicago, IL 60601 | Claim 23, Payment 100.00000% | 3410-000 | | 2,050.00 | 74,453.23 |
| 10/07/15 | 010005 | Popowcer Katten, Ltd.<br>35 East Wacker Dr.<br>Suite 1550<br>Chicago, IL 60601 | Claim 24, Payment 100.00000% | 3420-000 | | 6.17 | 74,447.06 |
| 10/07/15 | 010006 | Robert B. Katz<br>Law Office of Robert B. Katz<br>53 W. Jackson Blvd.<br>Suite 1320<br>Chicago, IL 60604 | Claim 25, Payment 100.00000% | 2100-000 | | 7,780.46 | 66,666.60 |
| 10/07/15 | 010007 | Sheet Metal Workers' National Pension Fund<br>Marc Rifkind, Esq.<br>Slevin & Hart, P.C.<br>1625 Massachusetts Avenue NW<br>Suite 450<br>Washington, DC 20036 | Claim 000007A, Payment 50.78309% | 5400-000 | | 6,029.43 | 60,637.17 |
| 10/07/15 | 010008 | Sheet Metal Workers<br>c/o Mr. Frank Marco<br>Gregorio & Associates | Claim 000008A, Payment 50.78313% | 5400-000 | | 60,637.17 | 0.00 |

Page Subtotals 0.00 83,974.05

Ver: 19.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 14-41400 -JSB |
| Case Name: | REM, INC., |
| Taxpayer ID No: | *******0541 |
| For Period Ending: | 11/24/15 |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7092 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 2 N. LaSalle St., Suite 1650 Chicago, IL 60602 | | | | | |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 91,129.24 | 91,129.24 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 91,129.24 | 91,129.24 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 91,129.24 | 91,129.24 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********7092) | 91,129.24 | 91,129.24 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 91,129.24 | 91,129.24 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ Robert B. Katz, Trustee  Date: 12/08/15
ROBERT B. KATZ, TRUSTEE

Page Subtotals  0.00  0.00

Ver: 19.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*